1

## TABLE OF EXHIBITS

2   Exhibit 1 ................................................................................................ 1
3   Exhibit 2 ................................................................................................ 2
4   Exhibit 3 ................................................................................................ 3
5   Exhibit 4 ................................................................................................ 9
6   Exhibit 5 .............................................................................................. 14
7   Exhibit 6 .............................................................................................. 19
8   Exhibit 7 .............................................................................................. 24

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT 1

# EXHIBIT 1



EXHIBIT 1
- 1 -

# EXHIBIT 2

**EXHIBIT 2**



EXHIBIT 2
- 2 -

# EXHIBIT 3

US00D446803B1

(12) **United States Design Patent**

Jannard et al.

(10) Patent No.: **US D446,803 S**

(45) Date of Patent: ⁑⁑ **Aug. 21, 2001**

(54) **EYEGLASS FRONT**

(75) Inventors: **James H. Jannard**, Spieden Island, WA (US); **Colin Baden**, Irvine, CA (US); **Lek Thixton**, Eastsound, WA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/134,638**

(22) Filed: **Dec. 21, 2000**

(51) **LOC (7) Cl.** .......................................... **16-06**

(52) **U.S. Cl.** .......................................... **D16/326**

(58) **Field of Search** .......................... D16/101, 300–330; 351/41, 44, 51, 52, 158; 2/447, 448

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D. 116,259 | 8/1939 | Cook . |
| D. 146,538 | 4/1947 | Gagnon . |
| D. 167,704 | 9/1952 | McCardell . |
| D. 187,299 | 2/1960 | Behr . |
| D. 189,436 | 12/1960 | Carmichael . |
| D. 192,884 | 5/1962 | Petitto . |
| D. 193,028 | 6/1962 | Petitto . |
| D. 198,939 | 8/1964 | Huggins . |
| D. 204,417 | 4/1966 | Shindler . |
| D. 204,418 | 4/1966 | Ramp . |
| D. 205,419 | 8/1966 | Griss . |
| D. 209,095 | 10/1967 | Ramp . |
| D. 300,226 | 3/1989 | Ramp . |
| D. 347,014 | 5/1994 | Arnette . |
| D. 354,501 | 1/1995 | Jannard . |
| D. 366,667 | 1/1996 | Arnette . |
| D. 366,892 | 2/1996 | Arnette . |
| D. 368,732 | 4/1996 | Lei . |
| D. 369,375 | 4/1996 | Jannard et al. . |
| D. 371,383 | 7/1996 | Goldman . |
| D. 376,810 | 12/1996 | Ohie . |
| D. 378,375 | 3/1997 | Tsai . |
| D. 384,686 | 10/1997 | Jannard et al. . |
| D. 385,291 | 10/1997 | Jannard et al. . |
| D. 387,794 | * 12/1997 | Mage ................................. D16/326 |

| | | | |
|---|---|---|---|
| D. 389,504 | * 1/1998 | Simioni ................................ D16/326 |
| D. 390,589 | 2/1998 | Simioni . |
| D. 397,350 | 8/1998 | Jannard et al. . |
| D. 397,351 | * 8/1998 | Simioni ................................ D16/326 |
| D. 398,022 | 9/1998 | Jannard et al. . |
| D. 399,238 | 10/1998 | Simioni . |
| D. 399,239 | 10/1998 | Jannard et al. . |
| D. 400,908 | 11/1998 | Arnette . |
| D. 402,304 | 12/1998 | Jannard et al. . |
| D. 403,692 | 1/1999 | Arnette . |
| D. 408,048 | 4/1999 | Jannard et al. . |
| D. 415,188 | 10/1999 | Thixton et al. . |
| D. 422,299 | 4/2000 | Jannard et al. . |
| D. 423,034 | 4/2000 | Arnette . |
| D. 423,548 | 4/2000 | Yee et al. . |
| D. 426,568 | * 6/2000 | Conway ............................. D16/326 |
| D. 432,157 | * 10/2000 | Simioni ................................ D16/326 |
| 3,552,840 | 1/1971 | Braget . |

OTHER PUBLICATIONS

B.B. Sol. "Mode 72", unknown page number (model 447 on top left of page), published by B.B. Sol, France, unknown publishing date.

* cited by examiner

*Primary Examiner*—Raphael Barkai

(74) *Attorney, Agent, or Firm*—Gregory Nelson

(57) **CLAIM**

The ornamental design for an eyeglass front, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass front of the present invention;

FIG. **2** is a frontal elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left-side elevational view thereof, the right side elevational view being a mirror image thereof;

FIG. **5** is a bottom plan view thereof; and,

FIG. **6** is a top plan view thereof.

Phanton lining, where utilized, is for illustrative purposes only and is not intended to limit the claimed design to the features shown in phantom.



**EXHIBIT 3**

## US D446,803 S
Page 2

**1 Claim, 4 Drawing Sheets**

**EXHIBIT 3**
**- 4 -**

**U.S. Patent**        Aug. 21, 2001        Sheet 1 of 4        **US D446,803 S**



*Fig. 1*

EXHIBIT 3
- 5 -

**U.S. Patent**          Aug. 21, 2001          Sheet 2 of 4          US D446,803 S



*Fig. 2*



*Fig. 3*

EXHIBIT 3
- 6 -

**U.S. Patent**      Aug. 21, 2001      Sheet 3 of 4      US D446,803 S



*Fig. 4*

EXHIBIT 3

- 7 -



*Fig. 5*



*Fig. 6*

EXHIBIT 3
- 8 -

# EXHIBIT 4

US00D543572S

(12) **United States Design Patent**
Yee et al.

(10) Patent No.: **US D543,572 S**
(45) Date of Patent: ＊＊ **May 29, 2007**

(54) **EYEGLASS**

(75) Inventors: **Peter Yee**, Irvine, CA (US); **Colin Baden**, Irvine, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/222,726**

(22) Filed: **Feb. 2, 2005**

(51) **LOC (8) Cl. .................................................. 16-06**

(52) **U.S. Cl. ..................................... D16/315**; D16/326

(58) **Field of Classification Search ............... D16/300,**
D16/315–316, 325–327, 329, 335; D24/110.2;
D29/108–110; 2/426, 428–430, 432, 434,
2/436–437, 441, 447; 351/41, 43–44, 51–52,
351/61–62, 103, 111, 114–119, 122–123,
351/158

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D146,538 | S | | 4/1947 | Gagnon |
| 2,482,664 | A | | 9/1949 | Gagnon |
| 2,495,508 | A | * | 1/1950 | Cleaver ........................ 351/52 |
| 2,561,402 | A | | 7/1951 | Nelson |
| 2,607,919 | A | | 8/1952 | Stegeman |
| 2,756,631 | A | * | 7/1956 | Page .......................... 351/106 |
| D196,000 | S | | 8/1963 | McNeill |
| D200,391 | S | | 2/1965 | Baratelli |
| 3,179,950 | A | * | 4/1965 | Gross et al. ................. 351/52 |
| D204,417 | S | | 4/1966 | Shindler |
| 3,756,704 | A | | 9/1973 | Marks |
| 3,838,914 | A | | 10/1974 | Fernandez |
| D387,084 | S | * | 12/1997 | Bolle' ........................ D16/327 |
| D398,021 | S | * | 9/1998 | Bolle ........................ D16/315 |
| D476,354 | S | * | 6/2003 | Chen ......................... D16/315 |
| D483,391 | S | * | 12/2003 | Hirschman ................. D16/315 |

| | | | | |
|---|---|---|---|---|
| D483,392 | S | * | 12/2003 | Chen ......................... D16/315 |
| D513,275 | S | * | 12/2005 | Yee .......................... D16/326 |
| 2006/0238700 | A1 | * | 10/2006 | Del Vecchio ............... 351/103 |

OTHER PUBLICATIONS

Oakley Bottlecap Sunglasses. Downloaded Dec. 7, 2006 at http://www.framesfp/Oakley–tcpake/ lb.html. This item not cited as prior art but as general reference only.*
Oakley, Inc., "Oakley Official Eyewear Catalog 2002," published 2002, pp. 12 and 22, Foothill Ranch, California.
"Nike Skylon EXP" sunglass, printed from www.sun-glasshut.com on Mar. 25, 2005, unknown publication date.
"Bolle Mongel" sunglass, printed from www.sunglasshut. com on Mar. 25, 2005, unknown publication date.
Oakley, Inc., "Oakley Yardstick" prescription eyeglass, printed from www.oakley.com, published Mar. 2003.

* cited by examiner

*Primary Examiner*—Philip S. Hyder
*Assistant Examiner*—RoseLynn (Ulm) Cody
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57) **CLAIM**

The ornamental design for an eyeglass, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass of the present invention;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;

FIG. **5** is a top plan view thereof; and,

FIG. **6** is a bottom plan view thereof.

**1 Claim, 4 Drawing Sheets**



**EXHIBIT 4**
- 9 -

**U.S. Patent**        May 29, 2007        Sheet 1 of 4        **US D543,572 S**



*FIG. 1*

EXHIBIT 4
- 10 -

**U.S. Patent**        May 29, 2007        Sheet 2 of 4        US D543,572 S



*FIG. 2*



*FIG. 3*



*FIG. 4*

EXHIBIT 4
- 11 -

U.S. Patent    May 29, 2007    Sheet 3 of 4    US D543,572 S



*FIG. 5*

EXHIBIT 4
- 12 -



**FIG. 6**

EXHIBIT 4
- 13 -

# EXHIBIT 5

US00D564571S

(12) **United States Design Patent**   (10) Patent No.:          **US D564,571 S**
Jannard et al.                          (45) Date of Patent:   ** **Mar. 18, 2008**

(54) **EYEGLASS AND EYEGLASS COMPONENTS**

(75) Inventors: **James H. Jannard**, Spieden Island, WA (US); **Lek Thixton**, Orcas, WA (US); **Colin Baden**, Irvine, CA (US); **Peter Yee**, Irvine, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/266,786**

(22) Filed: **Sep. 27, 2006**

(51) **LOC (8) Cl.** .................................................. **16-06**
(52) **U.S. Cl.** ..................................... **D16/326**; D16/335
(58) **Field of Classification Search** ....... D16/300–330,
D16/101, 332–338; D29/109–110; D24/110.2;
351/41, 44, 51–52, 62, 158, 92, 103–111,
351/156, 61, 114–119, 121–123; 2/426–432,
2/447–449, 441, 434–437
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,397,243 A | 3/1946 | Cooper | |
| D168,903 S | 2/1953 | Neary | |
| D196,000 S | 8/1963 | McNeill | |
| 3,565,517 A | 2/1971 | Gitlin et al. | |
| 3,838,914 A | 10/1974 | Fernandez | |
| 4,787,730 A | 11/1988 | Bristol | |
| 4,951,322 A | 8/1990 | Lin | |
| D468,337 S | * 1/2003 | Chen | D16/314 |
| D469,459 S | 1/2003 | Moritz | |
| D476,354 S | * 6/2003 | Chen | D16/315 |
| D478,929 S | 8/2003 | Baden et al. | |
| D483,392 S | * 12/2003 | Chen | D16/315 |
| D508,515 S | * 8/2005 | Yee et al. | D16/335 |

| | | | |
|---|---|---|---|
| D545,351 S | * 6/2007 | Jannard et al. | D16/326 |
| 2006/0238700 A1 | * 10/2006 | Del Vecchio | 351/103 |

OTHER PUBLICATIONS

Pending U.S. Appl. No. 29/215,624, filed Oct. 20, 2004, Thixton.
Pending U.S. Appl. No. 29/222,726, filed Feb. 2, 2005, Yee et al.
Oakley, Inc., "Oakley Eyewear Catalog, 2005-2006," published 2005, pp. 12, 22, and 23, "Half Wire," "Half Jacket," and "Bottlecap" models, Foothill Ranch, California.
"Nike Skylong EXP" sunglass, printed from www.sunglasshut.com on Mar. 25, 2005, unknown publication date.
"Bolle Mongel" sunglass, printed from www.sunglasshut.com on Mar. 25, 2005, unknown publication date.

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57) **CLAIM**

The ornamental design for eyeglass and eyeglass components, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass and the eyeglass components of the present invention;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;

FIG. **5** is a top plan view thereof; and,

FIG. **6** is a bottom plan view thereof.

Phantom lining, where utilized, is for illustrative purposes only and is not intended to limit the claimed design to the features shown in phantom.

**1 Claim, 4 Drawing Sheets**





**EXHIBIT 5**
- 14 -



# FIG. 1

**EXHIBIT 5**
**- 15 -**

**U.S. Patent**      Mar. 18, 2008      Sheet 2 of 4      US D564,571 S



## FIG. 2



## FIG. 3



## FIG. 4

EXHIBIT 5
- 16 -



# FIG. 5

EXHIBIT 5
- 17 -



*FIG. 6*

EXHIBIT 5
- 18 -

# EXHIBIT 6

US00D564572S

(12) **United States Design Patent**     (10) **Patent No.:**     **US D564,572 S**
Yee et al.                               (45) **Date of Patent:**   ** **Mar. 18, 2008**

(54) **EYEGLASS AND EYEGLASS COMPONENTS**

(75) Inventors: **Peter Yee**, Irvine, CA (US); **James H. Jannard**, Spieden Island, WA (US); **Colin Baden**, Irvine, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/266,787**

(22) Filed: **Sep. 27, 2006**

(51) **LOC (8) Cl.** ................................................. **16-06**

(52) **U.S. Cl.** .................................... **D16/326**; D16/335

(58) **Field of Classification Search** ....... D16/300–330, D16/101, 332–338; D29/109–110; D24/110.2; 351/41, 44, 51–52, 62, 158, 92, 103–111, 351/156, 61, 114–119, 121–123; 2/426–432, 2/447–449, 441, 434–437
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D184,274 S | 1/1959 | Darr |
| D189,436 S | 12/1960 | Carmichael |
| D190,884 S | 7/1961 | Rose et al. |
| D192,884 S | 5/1962 | Pettito |
| D198,939 S | 8/1964 | Huggins |
| D200,734 S | 3/1965 | Zurich |
| D200,735 S | 3/1965 | Mitchell |
| D202,658 S | 10/1965 | Pettito |
| D205,419 S | 8/1966 | Griss |
| D362,260 S | 9/1995 | Lin |
| D369,375 S | 4/1996 | Jannard et al. |
| D372,726 S | 8/1996 | Simioni |
| D384,364 S | 9/1997 | Yee |
| D384,686 S | 10/1997 | Jannard et al. |
| D385,291 S | 10/1997 | Jannard et al. |
| 5,760,868 A | 6/1998 | Jannard et al. |
| D423,035 S | 4/2000 | Yee et al. |
| 6,233,342 B1 | 5/2001 | Fernandez |
| D446,803 S | 8/2001 | Jannard et al. |

| | | | | |
|---|---|---|---|---|
| D464,669 S | | 10/2002 | Thixton et al. | |
| D472,915 S | | 4/2003 | Rohrbach et al. | |
| D478,929 S | | 8/2003 | Baden et al. | |
| D484,173 S | | 12/2003 | Jannard et al. | |
| D489,394 S | | 5/2004 | Teng | |
| D496,680 S | * | 9/2004 | Yee | D16/326 |
| D497,380 S | * | 10/2004 | Thixton et al. | D16/321 |
| D508,515 S | | 8/2005 | Yee et al. | |
| D513,275 S | | 12/2005 | Yee | |
| D513,761 S | | 1/2006 | Yee et al. | |
| D539,833 S | * | 4/2007 | Chuang | D16/326 |
| D540,370 S | * | 4/2007 | Sheldon | D16/326 |
| D553,177 S | * | 10/2007 | Chen | D16/309 |

OTHER PUBLICATIONS

Berthet-Bondet. *B.B. sol 1968,* Sunglass Catalogue, pp. 2, 10.
Optical Journal & Review of Optometry, Nov. 1, 1971, p. 12.

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57) **CLAIM**

The ornamental design for an eyeglass and eyeglass components, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass and the eyeglass components of the present invention;

FIG. **2** is a front elevational view thereof;

FIG. **3** is a rear elevational view thereof;

FIG. **4** is a left-side elevational view thereof, the right-side elevational view being a mirror image thereof;

FIG. **5** is a top plan view thereof; and,

FIG. **6** is a bottom plan view thereof.

Phantom lining, where utilized, is for illustrative purposes only and is not intended to limit the claimed design to the features shown in phantom.

**1 Claim, 4 Drawing Sheets**



**EXHIBIT 6**
- 19 -

**U.S. Patent**          Mar. 18, 2008          Sheet 1 of 4          **US D564,572 S**



## FIG. 1

EXHIBIT 6
- 20 -

**U.S. Patent**          Mar. 18, 2008          Sheet 2 of 4          US D564,572 S



**FIG. 2**

**FIG. 3**

**FIG. 4**

EXHIBIT 6
- 21 -



# FIG. 5

EXHIBIT 6
- 22 -

**U.S. Patent**      Mar. 18, 2008      Sheet 4 of 4      US D564,572 S



# FIG. 6

EXHIBIT 6
- 23 -

# EXHIBIT 7

US00D556818S

(12) **United States Design Patent**    (10) **Patent No.:**     **US D556,818 S**

Jannard et al.    (45) **Date of Patent:**    ** **Dec. 4, 2007**

(54) **EYEGLASS COMPONENTS**

(75) Inventors: **James H. Jannard**, Spieden Island, WA (US); **Hans Karsten Moritz**, Foothill Ranch, CA (US); **Colin Baden**, Irvine, CA (US)

(73) Assignee: **Oakley, Inc.**, Foothill Ranch, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/272,777**

(22) Filed: **Feb. 15, 2007**

**Related U.S. Application Data**

(62) Division of application No. 29/227,719, filed on Apr. 13, 2005, now Pat. No. Des. 547,794.

(51) **LOC (8) Cl.** .................................................. **16-06**

(52) **U.S. Cl.** .................................... **D16/326**; D16/335

(58) **Field of Classification Search** ....... D16/300–330, D16/101, 332–338; D29/109–110; D24/110.2; 351/41, 44, 51–52, 62, 158, 92, 103–111, 351/156, 61, 114–119, 121–123; 2/426–432, 2/447–449, 441, 436, 434–437

See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D193,028 S | 6/1962 | Petitto |
| D199,150 S | 9/1964 | Carmichael |
| D202,658 S | 10/1965 | Petitto |
| D209,862 S | 1/1968 | McCracken |
| D268,683 S | 4/1983 | Tenny |
| D285,020 S | 8/1986 | Schmidthaler |
| D372,726 S | 8/1996 | Simioni |
| D390,589 S | 2/1998 | Simioni |
| D397,351 S | 8/1998 | Simioni |
| D407,099 S | 3/1999 | Wang |
| D414,796 S | 10/1999 | Arnette |

| | | | | |
|---|---|---|---|---|
| D481,063 S | * | 10/2003 | Lane | D16/326 |
| D500,781 S | * | 1/2005 | Mage | D16/335 |
| D534,572 S | * | 1/2007 | Teng | D16/337 |
| D535,318 S | * | 1/2007 | Teng | D16/335 |
| D535,319 S | * | 1/2007 | Chuang | D16/326 |
| D536,026 S | * | 1/2007 | Bruck | D16/326 |
| D537,467 S | * | 2/2007 | Teng | D16/326 |

OTHER PUBLICATIONS

Pending U.S. Appl. No. 29/227,719, filed Apr. 13, 2005, Jannard.

* cited by examiner

*Primary Examiner*—Raphael Barkai
(74) *Attorney, Agent, or Firm*—Gregory K. Nelson

(57) **CLAIM**

The ornamental design for an eyeglass components, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of the eyeglass components of the present invention;

FIG. **2** is a perspective view thereof;

FIG. **3** is a front elevational view thereof;

FIG. **4** is a lateral left-side elevational view thereof, the lateral right-side elevational view being a mirror image thereof;

FIG. **5** is a medial left-side elevational view thereof, the medial right-side elevational view being a mirror image thereof;

FIG. **6** is a rear elevational view thereof;

FIG. **7** is a bottom plan view thereof; and,

FIG. **8** is a top elevational view thereof.

Phantom lining, where utilized, is for illustrative purposes only and is not intended to limit the claimed design to the features shown in phantom.

**1 Claim, 5 Drawing Sheets**



EXHIBIT 7
- 24 -

**U.S. Patent**      **Dec. 4, 2007**      **Sheet 1 of 5**      **US D556,818 S**



# *FIG. 1*

EXHIBIT 7
- 25 -

Case 3:14-cv-01545-GPC-JLB Document 1-2 Filed 06/26/14 PageID.50 Page 34 of 37



*FIG. 2*

EXHIBIT 7

- 26 -



**FIG. 3**

**FIG. 4**

**FIG. 5**

**FIG. 6**

EXHIBIT 7
- 27 -

U.S. Patent          Dec. 4, 2007          Sheet 4 of 5          US D556,818 S



FIG. 7

EXHIBIT 7
- 28 -



*FIG. 8*

EXHIBIT 7
- 29 -